IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Cr. No. 11-240-02 |
| RONNY CONTRERAS ROSA | : |

ORDER

AND NOW, this 23rd day of February, 2016, upon consideration of the Defendant's Motion for a reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and the government's response thereto, it is hereby **ORDERED** that the motion is **GRANTED**, and the term of imprisonment in this case is reduced to 70 months.

BY THE COURT:

_____
HON. C. DARNELL JONES, II
United States District Court Judge